*In re* BENANCIO SANTANA RABELL.

*Número:* AB-2013-0506        *Resuelto:* 17 de marzo de 2017

*Karla Z. Pacheco Álvarez*, subprocuradora general, y *Daphne M. Cordero Guilloty*, procuradora general auxiliar; *Manuel E. Ávila de Jesús*, director de la Oficina de Inspección de Notarías, en informe.

## RESOLUCIÓN

Luego de evaluar el Informe realizado por la Oficina de Inspección de Notarías (ODIN) y ante el incumplimiento del Lcdo. Benancio Santana Rabell con las órdenes de este

Tribunal, *se le suspende inmediata e indefinidamente del ejercicio de la notaría y se ordena al Alguacil de este Tribunal que incaute el sello y la obra notariales bajo la custodia del licenciado Santana Rabell y que los entregue al Lcdo. Manuel E. Ávila de Jesús, director de la ODIN, para la correspondiente investigación e informe.*

Asimismo, *se refiere nuevamente este asunto a la atención de la Oficina del Procurador General para que, dentro de sus facultades investigativas, emita el informe correspondiente en torno a la existencia de firmas de partes no comparecientes a la Escritura Núm. 12 y las violaciones que ello implicaría a la luz de la Ley Notarial, el Reglamento Notarial y los cánones del Código de Ética Profesional.*

Por otro lado, *se le ordena al licenciado Santana Rabell que, en el término de treinta días a partir de la notificación de esta Resolución, certifique a este Tribunal el reembolso total al promovente de los honorarios facturados por trabajos no completados, así como que acredite la entrega de los documentos que mantiene al presente bajo su custodia. Notifíquese personalmente.*

*Publíquese.*

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.

(*Fdo.*) Juan Ernesto Dávila Rivera
*Secretario del Tribunal Supremo*